IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

NATIONAL ASSOCIATION OF
CONSUMER ADVOCATES, *et al.*,

      *Plaintiffs*,

v.

DAVID UEJIO, in his official capacity as
Acting Director of the Consumer Financial
Protection Bureau, *et al.*,

      *Defendants*.

Civil Action No. 1: 20-cv-11141 (JCB)

## **PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56(a), Plaintiffs respectfully move for summary judgment on each of the four claims in their Complaint, ECF No. 1. The basis for this motion is set forth in the Memorandum filed today.

Plaintiffs certify that, pursuant to Rule 7.1(a)(2) of the Local Rules of this Court, they have conferred with counsel for Defendants in a good faith effort to resolve the issues in this Motion and have been unable to do so.[1]

---

[1] The parties engaged in good faith efforts last spring to negotiate a settlement agreement, *see* ECF No. 44, but were unsuccessful. Counsel for Defendants have confirmed that their position has not changed.

Dated: August 20, 2020

      Respectfully submitted,

      */s/ Kristen P. Miller*

Kristen Miller (D.C. Bar No. 220627)*
John Lewis (D.C. Bar No. 1033826)*
Sean Lev (D.C. Bar No. 449936)*
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
kmiller@democracyforward.org
jlewis@democracyforward.org
slev@democracyforward.org

David A. Nicholas (BBO# 553996)
Of Counsel
Wolf Popper LLP
20 Whitney Road
Newton, MA 02460
(617) 964-1548
dnicholas@wolfpopper.com

*Counsel for Plaintiffs*

* admitted *pro hac vice*

CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of Plaintiffs' Motion for Summary Judgment were served on August 20, 2021, on all counsel or parties of record through the CM/ECF system, and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ *Kristen P. Miller*
Kristen Paige Miller
