IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL ASSOCIATION OF CONSUMER ADVOCATES; UNITED STATES PUBLIC INTEREST RESEARCH GROUP; and KATHLEEN ENGEL, <br><br> Plaintiffs, <br><br> v. <br><br> ROHIT CHOPRA, in his official capacity as the Director of the Consumer Financial Protection Bureau; and CONSUMER FINANCIAL PROTECTION BUREAU, <br><br> Defendants. | Case No. 1:20-cv-11141 |

## AMENDED JOINT MOTION FOR A STAY PENDING THE FINALIZATION OF A SETTLEMENT AGREEMENT

Pursuant to Federal Rule of Civil Procedure 6(b), Plaintiffs and Defendants jointly request that this Court stay this case until November 30, 2021, or, in the alternative, stay the briefing schedule until that date. Although this Court previously stated that no further extensions of time would be granted, *see* Doc. 63, counsel for the parties have now agreed in principle to a settlement that will resolve all issues in this case. This stay will allow the parties to finalize and file a stipulated settlement agreement. If the parties are unable to finalize a settlement by November 30, they will file a joint status report setting forth the progress of the settlement and proposing a new briefing schedule, if necessary.

| | |
|---|---|
| Dated: November 10, 2021 | Respectfully submitted, |

/s/ *Kristen Miller*

Kristen Miller (D.C. Bar No. 229627)*
John Lewis (D.C. Bar No. 1033826)*
Sean Lev (D.C. Bar No. 449936)*
Democracy Forward Foundation
P.O. Box 34553 Washington, DC 20043
(202) 448-9090
kmiller@democracyforward.org
jlewis@democracyforward.org
slev@democracyforward.org

David A. Nicholas (BBO# 553996)
Of Counsel
Wolf Popper LLP
20 Whitney Road
Newton, MA 02460
(617) 964-1548
dnicholas@wolfpopper.com

Counsel for Plaintiffs

*admitted pro hac vice

SETH FROTMAN
Acting General Counsel
Consumer Financial Protection Bureau

STEVEN Y. BRESSLER
Acting Deputy General Counsel

KRISTIN BATEMAN
Acting Assistant General Counsel

CHRISTOPHER DEAL
Senior Litigation Counsel

s/ *Lawrence DeMille-Wagman*
LAWRENCE DEMILLE-WAGMAN
Senior Litigation Counsel
Phone: 202-435-7957
e-mail: lawrence.demille-wagman@cfpb.gov

Consumer Financial Protection Bureau
1700 G Street, N.W.
Washington, D.C. 20552

Counsel for Defendants

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL ASSOCIATION OF CONSUMER ADVOCATES; UNITED STATES PUBLIC INTEREST RESEARCH GROUP; and KATHLEEN ENGEL,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ROHIT CHOPRA, in his official capacity as the Director of the Consumer Financial Protection Bureau; and CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>　　　　Defendants. | Case No. 1:20-cv-11141 |

## **[PROPOSED] ORDER**

Upon consideration of the parties' Joint Motion for a Stay Pending the Finalization of a Settlement Agreement, it is hereby **ORDERED** that the motion is GRANTED.

It is further ordered that, if the parties have not submitted a settlement agreement to this Court by November 30, 2021, they shall, on that date, file a joint status report setting forth the progress of the settlement and proposing a new briefing schedule, if necessary

It is so **ORDERED**.

Dated: _____			_____
				　　　　　　　　　　　　The Honorable Judge Jennifer C. Boal
				　　　　　　　　　　　　United States Magistrate Judge